THE CITY OF NEW YORK, Respondent, *v.* JOHN WATTS DE PEYSTER et al., Defendants, and WALTER J. SALOMON, Appellant.

*City of New York* v. *de Peyster,* 120 App. Div. 762, affirmed.
(Submitted December 6, 1907; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 31, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the continuance of an encroachment upon a street in the city of New York.

*William Allan Hoar* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *George O'Reilly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.